IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angie Trammell, :
:
    Plaintiff(s), :
: Case Number: 1:13cv794
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 8, 2014 a Report and Recommendations (Doc. 15).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 16).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, defendant's decision is **AFFIRMED.**  This case is **TERMINATED** off the Court's docket.

    IT IS SO ORDERED.

                                                           s/Susan J. Dlott
                                                           Judge Susan J. Dlott
                                                           United States District Court